UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

| Case No. | SACV 17-01554-CJC (DFMx) | Date | April 4, 2018 |
|---|---|---|---|
| Title | Victor Bowers v. Bank of America, N.A. et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa Kunig | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION WITH PREJUDICE ON STIPULATION OF VOLUNTARY DISMISSAL**

    The Court, having been advised by the Defendant that this action has been resolved by a Stipulation of Voluntary Dismissal [14], hereby orders this action dismissed WITH prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

 

                                                                                                                                         -____ : -____

                                    Initials of Deputy Clerk    mku